**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Darius L. Green                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-15548 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
23 Dec 2020, 16:59:41, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322