**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Darius L. Green<br><br>                                    Debtor | Chapter: 13<br><br>Bankruptcy No.: 19-15548-amc<br>11 U.S.C. § 362 |

Carrington Mortgage Services, LLC

                                    Movant

          vs.

Darius L. Green

                                    Debtor

          and

William C. Miller, Esq., Esquire

                                  Trustee

                              RESPONDENTS

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY, Doc 62**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT,**
**EASTERN DISTRICT OF PENNSYLVANIA**

      Kindly withdraw the Movant's Motion for Relief from The Automatic Stay in the above captioned matter.

                                                    Respectfully submitted,

                                                    /s/ Michael Clark
                                                   Richard M. Squire, Esq.
                                                   M. Troy Freedman, Esq.
                                                   Michael J. Clark, Esq.
                                                   One Jenkintown Station, Suite 104
                                                   115 West Avenue
                                                   Jenkintown, PA 19046
                                                   215-886-8790
                                                   215-886-8791 (FAX)
                                                   rsquire@squirelaw.com
                                                   tfreedman@squirelaw.com
                                                   mclark@squirelaw.com

Dated: February 4, 2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:   Darius L. Green | Chapter: 13 |
|---|---|
|  | Bankruptcy No.: 19-15548-amc |
| Debtor | 11 U.S.C. § 362 |

Carrington Mortgage Services, LLC

                               Movant

        vs.

Darius L. Green

                               Debtor

        and

William C. Miller, Esq., Esquire

                               Trustee

                            RESPONDENTS

## CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Praecipe to Withdraw Motion for Relief from the Automatic Stay of Carrington Mortgage Services, LLC electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>February 4, 2021</u>

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Darius L. Green
119 Gibbons Ave.
Coatesville, PA 19320

JOSEPH F. CLAFFY
Joseph F. Claffy & Associates, P.C.
26 South Church Street
Suite 1 South
West Chester, PA 19382

I hereby certify the foregoing to be true and correct under penalty of perjury.

                                            Respectfully submitted,

                                            <u>/s/ Michael Clark</u>
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com
Attorney for Movant