United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Darius L. Green  
    Debtor

Case No. 19-15548-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 15, 2021      Form ID: 155      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darius L. Green, 119 Gibbons Ave., Coatesville, PA 19320-3912 |
| 14387770 | + | Carrington Mortgage Services, LLC, c/o Sarah K. McCaffery, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14384620 | + | Chester County Tax Claim Bureau, 313 West Market Street, Suite 3602, P.O. Box 2748, West Chester, PA 19380-0991 |
| 14434031 | + | City of Coatesville, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14434023 | + | City of Coatesville and Township of Caln/Caln Town, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14435503 | + | City of Coatesville and Township of Caln/Caln Town, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14384621 | + | Mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14384623 | | PNC BANK MORTGAGE SERVICE, PO Box 8703, Dayton, OH 45401-8703 |
| 14571598 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14434028 | + | Township of Caln/Caln Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14416553 | + | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |
| 14430950 | + | U.S. Bank National Association, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14394319 | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14394660 | + | U.S. Bank National Association, c/o Lauren B. Karl. Esq., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14431733 | + | US Bank National Association, c/o Kevin Buttery, Esq., RAS Citron, LLC, Attorney for Secured Creditor, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14384625 | + | WF CARD SERVICE, POB 14517, Des Moines, IA 50306-3517 |
| 14407345 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14409596 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14390113 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 16 2021 00:15:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14401645 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 15 2021 23:55:00 | Carrington Mortgage Services, LLC, 1600 South Douglass, Suite 200-A, Anaheim CA 92806-5951 |
| 14395688 | | Email/PDF: cbp@onemainfinancial.com | Jun 16 2021 00:14:36 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14415288 | | Email/PDF: cbp@onemainfinancial.com | Jun 16 2021 00:14:36 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14384622 | + | Email/PDF: cbp@onemainfinancial.com | Jun 16 2021 00:14:36 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14416999 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2021 23:55:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 6

Case 19-15548-amc   Doc 101   Filed 06/17/21   Entered 06/18/21 00:35:00   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: 155 | Total Noticed: 24 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14384619 | | Carrington Mortgage |
| 14384624 | | Wells Fargo |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2021                              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Carrington Mortgage Services LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 cwohlrab@raslg.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor City of Coatesville and Township of Caln/Caln Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Darius L. Green claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com lbkarl03@yahoo.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Carrington Mortgage Services LLC mclark@squirelaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Carrington Mortgage Services LLC bankruptcy@powerskirn.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jun 15, 2021 Form ID: 155 Total Noticed: 24
TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Darius L. Green
        Debtor(s)

Chapter: 13

Bankruptcy No: 19−15548−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 15, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                    Ashely M. Chan
                                                  Judge ,
                                                  United States Bankruptcy Court

                                                                               99
                                                                       Form 155