IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re:<br><br>Darius L. Green,<br><br>   Debtor | Bankruptcy No. 19-15548-amc<br><br>Chapter 13 |
|---|---|

**PRAECIPE TO RESCHEDULE MOTION FOR RELIEF FOR HEARING**

    Secured Creditor, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAGE BACKED NOTES, SERIES 2018-R3, requests the Court to reschedule a hearing on the Motion for Relief from Stay (Doc.: 82) filed on January 13, 2021.

Date: June 29, 2021

                Respectfully Submitted:

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                Attorney for Secured Creditor
                10700 Abbott's Bridge Rd., Suite 170
                Duluth, GA  30097
                Telephone: (470) 321-7112
                By: /s/ Charles G. Wohlrab
                Charles G. Wohlrab, Esquire
                PA Bar Number: 314532
                Email: cwohlrab@raslg.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Darius L. Green,** <br><br> Debtor | **Bankruptcy No. 19-15548-amc** <br><br> **Chapter 13** |

## CERTIFICATE OF SERVICE OF PRAECIPE TO RESCHEDULE MOTION FOR RELIEF FOR HEARING

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on **June 29, 2021**, I served copies of the Praecipe to Reschedule Motion for Relief Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Darius L. Green**
119 Gibbons Ave.
Coatesville, PA 19320

**JOSEPH F. CLAFFY**
Joseph F. Claffy & Associates, P.C.
26 South Church Street
Suite 1 South
West Chester, PA 19382

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**JACK K. MILLER**
Jack K Miller Esq.
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106

**United States Trustee**
Office of the U.S. Trustee

19-15548-amc
21-000546
MFR

200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Date: June 29, 2021

                                            **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number: 314532
Email: cwohlrab@raslg.com