*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Darius L. Green
    Debtor(s)

Case No: 19−15548−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay 903 Lumber Street, Coatesville, PA 19320 Filed by U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018−R3 MORTGAG BACKED NOTES, SERIES 2018−R3 Represented by CHARLES GRIFFIN WOHLRAB (Counsel).

    on: 8/3/21

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  7/1/21

Timothy B. McGrath
Clerk of Court