# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Darius L. Green,**<br>　　　**Debtor**<br>**U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3**<br><br>　　　**Movant**<br>**v.**<br>**Darius L. Green,**<br>　　　**Debtor/Respondent**<br>**WILLIAM C. MILLER, Esquire**<br>　　　**Trustee/Respondent** | **Bankruptcy No. 19-15548-amc**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this        day of          , 2021, upon consideration of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3; and it is further

ORDERED, that U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 903 Lumber Street, Coatesville, PA 19320, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank National Association, not in its individual capacity but solely as Itrustee for the CIM Trust 2018-R3 Mortgag backed notes, series 2018-R3's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

**Date: August 17, 2021**

_____
Hon. Judge Ashely M. Chan
U.S. Bankruptcy Court Judge