United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15548-amc |
| Darius L. Green | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darius L. Green, 119 Gibbons Ave., Coatesville, PA 19320-3912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 19, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

**Name**                                **Email Address**

CHANDRA M. ARKEMA
    on behalf of Creditor Carrington Mortgage Services  LLC carkema@squirelaw.com, vcosme@squirelaw.com;jberry@squirelaw.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 cwohlrab@raslg.com

JACK K. MILLER

| | |
|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor City of Coatesville and Township of Caln/Caln Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH F. CLAFFY | |
| | on behalf of Debtor Darius L. Green claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| KEVIN M. BUTTERY | |
| | on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com |
| KEVIN M. BUTTERY | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | |
| | on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com |
| MICHAEL JOHN CLARK | |
| | on behalf of Creditor Carrington Mortgage Services LLC mclark@squirelaw.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SARAH K. MCCAFFERY | |
| | on behalf of Creditor Carrington Mortgage Services LLC bankruptcy@powerskirn.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Darius L. Green,**<br>　　　**Debtor**<br><br>**U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3**<br><br>　　　**Movant**<br><br>**v.**<br><br>**Darius L. Green,**<br>　　　**Debtor/Respondent**<br><br>**WILLIAM C. MILLER, Esquire**<br>　　　**Trustee/Respondent** | **Bankruptcy No. 19-15548-amc**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this　　　day of　　　, 2021, upon consideration of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3; and it is further

ORDERED, that U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM Trust 2018-R3 Mortgage backed notes, series 2018-R3, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 903 Lumber Street, Coatesville, PA 19320, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank National Association, not in its individual capacity but solely as Itrustee for the CIM Trust 2018-R3 Mortgag backed notes, series 2018-R3's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

**Date: August 17, 2021**

_____
Hon. Judge Ashely M. Chan
U.S. Bankruptcy Court Judge