# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-15548-AMC

DARIUS L. GREEN

119 GIBBONS AVE.

COATESVILLE, PA 19320-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DARIUS L. GREEN

119 GIBBONS AVE.

COATESVILLE, PA 19320-

Counsel for debtor(s), by electronic notice only.

JOSEPH F CLAFFY, ESQ
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382-

Date: 7/13/2022

/S/ Kenneth E. West

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee