## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Darius L. Green | Chapter: 13 |
| | Bankruptcy No.: 19-15548-amc |
| Debtor | 11 U.S.C. § 362 |

Carrington Mortgage Services, LLC

                                Movant

                       vs.

Darius L. Green

                                Debtor

                    and

KENNETH E. WEST, Esquire

                                Trustee

                           RESPONDENTS

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DEADLINE

      Carrington Mortgage Services, LLC, has filed a Motion for Relief from the Automatic Stay in order to foreclose or resume foreclosure on the real property situated at 119 Gibbons Avenue, COATESVILLE, PA 19320.

      **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  06/07/2023      you or your attorney must do all of the following:

                (a)      File an answer explaining your position at:
                            Eastern District of Pennsylvania-Philadelphia Division
                            Robert N.C. Nix Federal Courthouse
                            900 Market Street - Courtroom 4
                            Philadelphia, PA 19107

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

                (b)      mail a copy to the movant's attorney:
                            **Michael Clark**
                            **Richard M. Squire & Associates, LLC**
                            **115 West Avenue, Suite 104**
                            **Jenkintown, PA 19046**
                            **Phone: (215) 886-8790**
                            **Fax: (215) 886-8791**

    2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A telephonic hearing on the motion is scheduled to be held before the Honorable Judge Ashely M. Chan on  06/13/2023  at  11:00 am  pursuant to Standing Order 20-3003 dated March 16, 2020. Parties may participate in the telephonic hearing by calling (877) 873-8017 and entering access code 3027681.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

/s/ Michael Clark
Richard M. Squire, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
mclark@squirelaw.com

Dated: May 24, 2023