**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Darius L. Green | Chapter: 13 |
| | Bankruptcy No.: 19-15548-amc |
| Debtor | 11 U.S.C. § 362 |

Carrington Mortgage Services, LLC

            Movant

      vs.

Darius L. Green

            Debtor

    and

KENNETH E. WEST

            Trustee

           RESPONDENTS

**CERTIFICATION OF NO ANSWER, OBJECTION, OR RESPONSE REGARDING MOTION OF CARRINGTON MORTGAGE SERVICES, LLC, FOR RELIEF FROM THE AUTOMTIC STAY, DOC. NO. 122**

  The undersigned hereby certifies that, as of the date hereof, no answer, objection, or response to the Motion of Carrington Mortgage Services, LLC for Relief from the Automatic Stay filed on May 24, 2023, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Self-Scheduled Hearing and Response Deadline/Notice of Motion, an answer, objection, or response to the Motion must have been filed and served no later than June 7, 2023.

  It is hereby respectfully requested that the Order attached to the Motion be entered by this Honorable Court.

            Respectfully submitted,

             /s/ Michael Clark
            Richard M. Squire, Esq.
            Michael J. Clark, Esq.
            One Jenkintown Station, Suite 104
            115 West Avenue
            Jenkintown, PA 19046
            215-886-8790
            215-886-8791 (FAX)
            rsquire@squirelaw.com
            mclark@squirelaw.com

Dated: June 8, 2023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Darius L. Green | Chapter: 13 |
|---|---|
|  | Bankruptcy No.: 19-15548-amc |
| Debtor | 11 U.S.C. § 362 |

Carrington Mortgage Services, LLC

                              Movant

                vs.

Darius L. Green

                              Debtor

            and

KENNETH E. WEST.

                              Trustee

                         RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certification of No Answer, Objection, or Response regarding Motion of Carrington Mortgage Services, LLC for Relief from the Automatic Stay, Doc. No. 122, electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>06/08/2023</u>

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Darius L. Green
119 Gibbons Ave.
Coatesville, PA 19320

JOSEPH F. CLAFFY
Joseph F. Claffy & Associates, P.C.
26 South Church Street
Suite 1 South
West Chester, PA 19382

    I hereby certify the foregoing to be true and correct under penalty of perjury.

                       Respectfully submitted,

                       /s/ Michael Clark
                       Richard M. Squire, Esq.
                       Michael J. Clark, Esq.
                       One Jenkintown Station, Suite 104
                       115 West Avenue
                       Jenkintown, PA 19046
                       215-886-8790
                       215-886-8791 (FAX)
                       rsquire@squirelaw.com
                       mclark@squirelaw.com