# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DARIUS L. GREEN ) | Bankruptcy No. 19-15548 |
| Debtor. ) | |
| ) | Chapter 13 |

## ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case. Debtor's former attorney, Joseph F. Claffy, Esquire, passed away on June 25, 2023.

        Respectfully submitted,

        */s/ Sharon S. Masters*
        Sharon S. Masters, Esquire
        132 Overleaf Drive
        Thorndale, PA 19372
        (610) 322-5277
        FAX: (951) 344-0434
        shmasters@hotmail.com
        Attorney for Debtor

Dated: 7/19/2023