UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE:<br>**Darius L. Green**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 19-15548-amc |
|---|---|

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this __26th__ day of __October__, **2023**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**BY THE COURT:**

_____
**ASHELY M. CHAN**
**US BANKRUPTCY JUDGE**

Case Administrator to mail:

Cc:   Kenneth E. West, Chapter 13 Trustee
Debtor: 119 Gibbons Avenue, Coatesville, PA 19320
Counsel for Debtor: Sharon S. Masters, Esquire
Counsel for Movant: Angela C. Pattison, Esquire