United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-15548-amc
Darius L. Green  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Darius L. Green, 119 Gibbons Ave., Coatesville, PA 19320-3912

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

**Name**    **Email Address**

ANGELA CATHERINE PATTISON
    on behalf of Creditor Carrington Mortgage Services  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHANDRA M. ARKEMA
    on behalf of Creditor Carrington Mortgage Services  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 bkecf@friedmanvartolo.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor City of Coatesville and Township of Caln/Caln Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Carrington Mortgage Services  LLC mclark@squirelaw.com |
| SHARON S. MASTERS | on behalf of Debtor Darius L. Green shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE:<br>Darius L. Green<br>Debtor | CHAPTER 13<br><br>CASE NO.: 19-15548-amc |
|---|---|

ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF
FROM THE AUTOMATIC STAY

AND NOW, this 26th day of October, 2023, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_____
ASHELY M. CHAN
US BANKRUPTCY JUDGE

Case Administrator to mail:

Cc:   Kenneth E. West, Chapter 13 Trustee
      Debtor: 119 Gibbons Avenue, Coatesville, PA 19320
      Counsel for Debtor: Sharon S. Masters, Esquire
      Counsel for Movant: Angela C. Pattison, Esquire