United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-15548-amc
Darius L. Green     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 01, 2024     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darius L. Green, 119 Gibbons Ave., Coatesville, PA 19320-3912 |
| cr | + | City of Coatesville and Township of Caln/Caln Town, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14384619 | + | Carrington Mortgage Services LLC, c/o Angela C. Pattison, Esquire, Hill Wallack LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 14387770 | + | Carrington Mortgage Services, LLC, c/o Sarah K. McCaffery, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14384620 | + | Chester County Tax Claim Bureau, 313 West Market Street, Suite 3602, P.O. Box 2748, West Chester, PA 19380-0991 |
| 14434031 | + | City of Coatesville, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14434023 | + | City of Coatesville and Township of Caln/Caln Town, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14435503 | + | City of Coatesville and Township of Caln/Caln Town, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14384623 | | PNC BANK MORTGAGE SERVICE, PO Box 8703, Dayton, OH 45401-8703 |
| 14571598 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14434028 | + | Township of Caln/Caln Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | May 02 2024 00:56:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| cr | + | Email/Text: RASEBN@raslg.com | May 02 2024 00:56:00 | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID, RAS CITRON, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14401645 | | Email/Text: BKBCNMAIL@carringtonms.com | May 02 2024 00:56:00 | Carrington Mortgage Services, LLC, 1600 South Douglass, Suite 200-A, Anaheim CA 92806 |
| 14390113 | + | Email/PDF: ebn_ais@aisinfo.com | May 02 2024 01:42:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14384621 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2024 00:57:00 | Mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14395688 | | Email/PDF: cbp@omf.com | May 02 2024 01:42:02 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14415288 | | Email/PDF: cbp@omf.com | May 02 2024 01:42:16 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14384622 | + | Email/PDF: cbp@omf.com | May 02 2024 01:42:39 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14416999 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2024 00:56:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14416553 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2024 00:57:00 | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |
| 14394660 | + | Email/Text: RASEBN@raslg.com | May 02 2024 00:56:00 | U.S. Bank National Association, c/o Lauren B. Karl. Esq., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14430950 | + | Email/Text: RASEBN@raslg.com | May 02 2024 00:56:00 | U.S. Bank National Association, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14394319 | + | Email/Text: RASEBN@raslg.com | May 02 2024 00:56:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14431733 | + | Email/Text: RASEBN@raslg.com | May 02 2024 00:56:00 | US Bank National Association, c/o Kevin Buttery, Esq., RAS Citron, LLC, Attorney for Secured Creditor, 130 Clinton Road, Suite 202,, Fairfield, NJ 07004-2927 |
| 14384625 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 02 2024 01:42:21 | WF CARD SERVICE, POB 14517, Des Moines, IA 50306-3517 |
| 14407345 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 02 2024 01:42:16 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14409596 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 02 2024 01:42:38 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14384624 | | Wells Fargo |
| cr | *+ | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 01, 2024 | Form ID: pdf900 | Total Noticed: 30

| | |
|---|---|
| | on behalf of Creditor Carrington Mortgage Services  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Carrington Mortgage Services  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor City of Coatesville and Township of Caln/Caln Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Carrington Mortgage Services  LLC mclark@squirelaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 mimcgowan@raslg.com |
| SHARON S. MASTERS | on behalf of Debtor Darius L. Green shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DARIUS L. GREEN

Chapter 13

Debtor  
Bankruptcy No. 19-15548-AMC

# ORDER

**AND NOW**, this __30th__ day of __April__, 2024, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
JOSEPH F CLAFFY, ESQ  
26 SOUTH CHURCH ST  
SUITE 1 SOUTH  
WEST CHESTER, PA 19382-

Debtor:  
DARIUS L. GREEN

119 GIBBONS AVE.

COATESVILLE, PA 19320-