UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Darius Green                                                                ) Chapter 13

                                                                                                 ) Bankruptcy No. 19-15548

              Debtor(s) )

**ORDER**

AND NOW, this 12th day of June 2024, it is hereby ordered that the Motion to Vacate Dismissal Order and Reinstate Case is GRANTED.

                                                                                                              _____

                                                                                                                                           J.