Certificate Number: 05781-PAE-DE-039195870

Bankruptcy Case Number: 19-15548



05781-PAE-DE-039195870

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2024, at 1:42 o'clock PM PST, Darius Green completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 30, 2024                By:    /s/Allison M Geving

                                          Name:  Allison M Geving

                                          Title: President