United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                       Case No. 19-15548-amc

Darius L. Green                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Darius L. Green, 119 Gibbons Ave., Coatesville, PA 19320-3912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

**Name**           **Email Address**

CHANDRA M. ARKEMA
     on behalf of Creditor Carrington Mortgage Services  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

DENISE ELIZABETH CARLON
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JACK K. MILLER
     on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JAMES RANDOLPH WOOD
     on behalf of Creditor City of Coatesville and Township of Caln/Caln Township Municipal Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

KAITLIN D. SHIRE
     on behalf of Creditor Carrington Mortgage Services  LLC kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 195 | Total Noticed: 1 |

ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
    on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com

MICHAEL JOHN CLARK
    on behalf of Creditor Carrington Mortgage Services  LLC mclark@pincuslaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS ITRUSTEE FOR THE CIM TRUST 2018-R3 MORTGAG BACKED NOTES, SERIES 2018-R3 mimcgowan@raslg.com

SHARON S. MASTERS
    on behalf of Debtor Darius L. Green shmasters@hotmail.com  G65312@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Darius L. Green : Case No. 19−15548−amc
    Debtor(s)

*ORDER*
_____

AND NOW, this day , May 21, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Form 195